CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
MARIAH C. HOLDER (Bar No. 33184)[1]
(E-Mail: mariah_holder@fd.org)
M. BO GRIFFITH (Bar No. 315356)
(E Mail: bo_griffith@fd.org)
Deputy Federal Public Defenders
3801 University Avenue, Suite 700
Riverside, California  92501
Telephone:  (951) 276-6346
Facsimile:  (951) 276-6368

Attorneys for Defendant
JAYSON WEAVER

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAYSON WEAVER, et al.,<br><br>Defendant. | Case No. 1:20-CR-00238-JLT-SKO-13<br><br>**ORDER RELIEVING FEDERAL PUBLIC DEENDER AND APPOINTING NEW COUNSEL** |

GOOD CAUSE HAVING BEEN SHOWN,

IT IS HEREBY ORDERED that the *Ex Parte* Application for Order Relieving Federal Public Defender and Appointing New Counsel is granted. The Office of the Federal Public Defender for the Central District of California is relieved from its representation of Mr. Jayson Weaver. An order appointing new counsel, Randy Sue Pollock, Esq., to represent Mr. Weaver *nunc pro tunc* to July 28, 2024, shall follow.

IT IS SO ORDERED.
Dated: __**August 1, 2024**__          ____*/s/ Sheila K. Oberto*____
                                                              UNITED STATES MAGISTRATE JUDGE

---

[1] March C. Holder is a government attorney and a member of the Louisiana State bar. Ms. Holder has been admitted to practice before the United States District Court for the Central District of California.