IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case №: 1:20-CR-00238-13-JLT |
|---|---|---|
| Plaintiff, | ) | **O R D E R**<br>**APPOINTING COUNSEL** |
| vs. | ) | |
| JAYSON WEAVER, | ) | |
| Defendant. | ) | |

The above named Defendant has, under oath, sworn or affirmed as to his financial inability to employ counsel or has otherwise satisfied this Court that he is financially unable to obtain counsel and wishes counsel be appointed to represent him.  Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A,

IT IS HEREBY ORDERED that CJA Panel Attorney from the Northern District of CA, **Randy Sue Pollock,** Law Offices of Randy Sue Pollock, 286 Santa Clara Avenue, Oakland, CA 94610, Ph: 510-763-9967, Fax: 510-380-6551, Email: rsp@rspollocklaw.com be appointed to represent the above defendant in this case effective *nunc pro tunc* to July 28, 2024, in place of Mariah C. Holder and Michael Bo Griffith of the Federal Defenders Office, Central District of CA.

This appointment shall remain in effect until further order of this court, or until the pending criminal matter and any direct appeal is resolved, whichever is first.

DATED: 8/1/2024

*Sheila K. Oberto*
HON. SHEILA K. OBERTO
United States Magistrate Judge