Oliver W. Loewy (IL State Bar # 619709)
*Pro Hac Vice*
1022 SE 30th Avenue
Portland, Oregon 97214
(208) 283-5381
oliverwloewy@gmail.com

Edward J. Rymsza (PA State Bar # 82911)
*Pro Hac Vice*
125 East Third Street
Williamsport, PA 17701
(570) 322-2113
Rymsza@comcast.net

Attorneys for Defendant
WAYLON PITCHFORD

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br>　　　　　　Plaintiff,<br><br>v.<br><br>WAYLON PITCHFORD, et al.,<br>　　　　　　Defendants. | No. 1:20-cr-00238-JLT-SKO<br><br>JOINT STIPULATION TO PARTIALLY VACATE DECEMBER 18 STATUS CONFERENCE |

　　　　Defendants Waylon Pitchford, Justin Gray, and Jayson Weaver, and the government, each by undersigned counsel, stipulate and agree to vacate the status conference scheduled for December 18, 2024, as to Defendants Pitchford, Gray, and Weaver. *See* Dkt. 1350. This stipulation does not affect the status conference remaining on the calendar for Defendant Andrew Collins. *See* Dkt. 1513.

　　　　For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 14, 2025 to September 23, 2025, inclusive, is deemed excludable for Mr. Gray pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local

Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.  In its October 22, 2024, Minute Order setting Messrs. Pitchford's and Weaver's trial date, the Court ruled that, "Time is excluded through April 21, 2026." Dkt. 1331.

Dated: December 11, 2024

Respectfully submitted,

/s/ Oliver W. Loewy
OLIVER W. LOEWY
EDWARD J. RYMSZA
Attorneys for Defendant Waylon Pitchford


/s/ James S. Thomson
JAMES S. THOMSON
TIMOTHY J. FOLEY
Attorneys for Defendant Justin Gray


/s/ Randy Sue Pollock
RANDY SUE POLLOCK
TAMARA A. CREPET
Attorneys for Jayson Weaver


/s/ Stephanie M. Stokman
STEPHANIE M. STOKMAN
Attorney for the United States

ORDER

IT IS SO ORDERED.

Dated:   **December 16, 2024**              /s/ Sheila K. Oberto
                                       UNITED STATES MAGISTRATE JUDGE