**SEALED**

MICHELE BECKWITH
Acting United States Attorney
STEPHANIE M. STOKMAN
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA  93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAYSON WEAVER (aka "Beaver"),<br>WAYLON PITCHFORD,<br>ANDREW COLLINS (aka "Misfit" aka "Fit"),<br>JUSTIN GRAY (aka "Sidetrack"),<br>EVAN PERKINS (aka "Soldier"), and<br>ALEXANDER VAN BEUSEKOM (aka "Ponto"),<br><br>Defendants. | CASE NO.  1:20-CR-238-JLT-SKO<br><br>ORDER TO<br>SEAL INDICTMENT |

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on July 10, 2025 charging the above defendants with violations of 18 U.S.C. § 1962(d) – Conspiracy to Participate in a Racketeering Enterprise; 18 U.S.C. § 1959(a)(1)- Murder in Aid of Racketeering (6 counts); 18 U.S.C. § 1959(a)(5) – Conspiracy to Commit Murder in Aid of Racketeering; 18 U.S.C. § 1959(a)(1)- Kidnapping in Aid of Racketeering; 18 U.S.C. § 1963(a)(1)-(3) – Criminal Forfeiture, be kept secret until the defendants named in this

Indictment are either in custody or have been given bail on these offenses; and further order that until such time as the defendants are in custody or have been given bail, that no person shall disclose the finding of the Indictment or any warrants issued pursuant thereto, except when necessary for the issuance and execution of the warrants.

Dated: July 10, 2025                    Respectfully submitted,

                                        MICHELE BECKWITH
                                        Acting United States Attorney

                            By    /s/ Stephanie M. Stokman
                                        STEPHANIE M. STOKMAN
                                        Assistant U.S. Attorney

IT IS SO ORDERED.

Dated:  July 10, 2025              _____
                                        BARABARA A. MCAULIFFE
                                        U.S. Magistrate Judge