KIMBERLY A. SANCHEZ
Acting United States Attorney
STEPHANIE M. STOKMAN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAYSON WEAVER et al.,<br>Defendants. | CASE NO. 1:20-CR-00238-JLT<br><br>MOTION AND ORDER TO UNSEAL FOURTH SUPERSEDING INDICTMENT |

The Fourth Superseding Indictment in this case, having been sealed by Order of the Court on July 10, 2025, and it appears that it no longer need remain secret,

The United States of America, by and through Kimberly A. Sanchez, Acting United States Attorney, and Stephanie M. Stokman, Assistant United States Attorney, hereby moves that the Fourth Superseding Indictment in this case, be unsealed and made public record.

Dated: July 21, 2025                              KIMBERLY A. SANCHEZ
                                                              Acting United States Attorney


                                                        By:  */s/ Stephanie M. Stokman*
                                                              STEPHANIE M. STOKMAN
                                                              Assistant United States Attorney

MOTION AND PROPOSED ORDER TO UNSEAL                                          1

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>JAYSON WEAVER et al.,<br><br>                    Defendants. | CASE NO.  1:20-CR-00238-JLT<br><br>ORDER TO UNSEAL FOURTH SUPERSEDING INDICTMENT |

Pursuant to the motion by the United States, IT IS HEREBY ORDERED that the Fourth Superseding Indictment filed on July 10, 2025, be unsealed and become public record.

IT IS SO ORDERED.

Dated:  **July 22, 2025**              /s/ *Sheila K. Oberto*
                            UNITED STATES MAGISTRATE JUDGE