# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JAYSON WEAVER,<br>Defendant. | Case No. 1:20-cr-00238-JLT-SAB-13<br>ORDER DENYING REQUEST TO APPEAR REMOTELY AT HEARING<br>(ECF No. 2148) |

On July 6, 2026, plaintiff Lawrence Brown, who has a civil action pending in the Northern District of California, <u>Brown v. California Department of Corrections and Rehabilitation</u>, No. 4:25-cv-04741-JST (N.D. Cal.), filed a motion to intervene and a motion for discovery due to a protective order currently in place in this criminal matter. (ECF No. 2148.) The motion has been reset before the undersigned for **August 5, 2026, at 10:00 a.m.** (ECF No. 2155.) In addition, counsel for plaintiff Brown has requested to appear remotely. (ECF No. 2148-4.) The Court has reviewed the request and will deny it because the relief sought involves a criminal matter.

/ / /

/ / /

/ / /

Accordingly, the request to appear remotely is DENIED. (ECF No. 2148-4.) All appearances on this matter shall be in person.

IT IS SO ORDERED.

Dated: **July 14, 2026**

STANLEY A. BOONE
United States Magistrate Judge