# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JAYSON WEAVER,<br>Defendants. | Case No. 1:20-cr-00238-JLT-SAB-13<br><br>ORDER DISCHARGING AUGUST 5, 2026 ORDER TO SHOW CAUSE<br><br>(ECF No. 2206) |

On August 5, 2026, the Court signed an order to show cause ordering attorney Benjamin Pavone to show cause in person on August 11, 2026, to discuss why the Court should not impose sanctions for Pavone's failure to appear at the August 5, 2026 hearing on his motion for discovery. (ECF No. 2206.) In the alternative, the Court ordered that Pavone may pay a sanction of $1582.00 in lieu of appearing on August 11, 2026, and in satisfaction of the order to show cause. (Id.) On August 6, 2026, Pavone filed a response to the order to show cause indicating that he would be paying the sanction and provided the Court with proof of payment. (ECF Nos. 2208, 2209.) Thus, the Court will discharge the August 5, 2026 order to show cause and vacate the hearing.

That said, the Court finds it appropriate to direct Pavone that in the future should he intend to not appear at a hearing, he should let the Court know as soon as it becomes apparent to him. While the Court may nonetheless find that sanctions would be appropriate for failing to

appear, if the Court had known Pavone was not intending to appear, it would have not held counsel until the end of the calendar.

Accordingly, the Court HEREBY DISCHARGES the August 5, 2026 order to show cause and VACATES the August 11, 2026 hearing. (ECF No. 2206.)

IT IS SO ORDERED.

Dated: **August 6, 2026**

STANLEY A. BOONE
United States Magistrate Judge